## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES C. SMITH                                                              PETITIONER
ADC #83395

v.                              CASE NO. 5:10CV00319 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                      RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The Plaintiff has not filed any objections. After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects, in its entirety.

Accordingly, Petitioner James C. Smith's Petition for Writ of Habeas Corpus (docket entry #2) is DISMISSED without prejudice, and the Motion for Leave to Proceed *In Forma Pauperis* (#1) is DENIED as moot.

IT IS SO ORDERED this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE