IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES C. SMITH                                                                                    PETITIONER
ADC #83395

v.                                    CASE NO. 5:10CV00319 JLH/BD

RAY HOBBS, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 29th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE